IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Hilda L. Solis | ) | |
|         Plaintiff, | ) | |
| | ) | 1:11cv273 (JCC/TRJ) |
| v. | ) | |
| | ) | |
| McIntyre Construction, Inc., et al. | ) | |
| | ) | |
|         Defendants. | ) | |

O R D E R

Upon consideration of the October 31, 2011, Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objection having been filed within fourteen days, and upon an independent review of the record, it is hereby

ORDERED that the Court adopts as its own the findings of fact and accepts the recommendation of the United States Magistrate Judge. The Clerk of Court shall enter default judgment in favor of the Hilda L. Solis, and against the Defendants, McIntyre Construction, Inc., and McIntyre Construction, Inc. 401(K) Plan, jointly and severally, in the amount of $17,088.73. McIntyre Construction, Inc., be permanently enjoined from acting directly or indirectly, in any fiduciary capacity, with respect to any employee benefit plan subject to the Employee Retirement Income Security Act.



/s/
James C. Cacheris
United States District Judge

Alexandria, Virginia
December 5, 2011